THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. GUILFORD, Appellant.

Submitted August 6, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Gerald T. Barth, Esq., Frank H. Hiscock Legal Aid Society, 351 South Warren Street, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROOSEVELT JENNINGS, Appellant.

Submitted July 23, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCHE JOHNSON, Appellant.

Submitted August 6, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Adam H. Van Buskirk, Esq., 3100 State Route 90, Aurora, New York 13026 assigned as counsel to the appellant on the appeal herein.